HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE LEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-cr-061 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JORGE LEAL, | Date:   May 20, 2014<br>Time:   9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

The parties stipulate, through respective counsel, that the Court should vacate the status conference presently set, and reschedule this case for status conference on May 20, 2014, at 9:15 a.m.

Defense counsel and Mr. Leal require further time to confer regarding discovery, and to conduct investigation.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through May 20, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

1    Counsel and the defendant also agree that the ends of justice served by the Court granting
2 this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3 DATED: April 3, 2014                HEATHER E. WILLIAMS
                                       Federal Defender
4
                                       /s/ M.Petrik_____
5                                      MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
6

7 DATED: April 3, 2014                BENJAMIN B. WAGNER
                                       United States Attorney
8
                                       /s/ M.Petrik for_____
9                                      CHRISTIAAN HIGHSMITH
                                       Assistant U.S. Attorney
10

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for May 20, 2014, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including May 20, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: April 8, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT