HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE LEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14-61 LKK |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date:   May 20, 2014 |
| JORGE LEAL, | ) ) | Time:   9:15 a.m. Judge:  Hon. Lawrence K. Karlton |
| Defendant. | ) ) ) | |

The parties stipulate, through respective counsel, that the Court should vacate the status conference presently set, and reschedule this case for status conference on June 17, 2014, at 9:15 a.m.

Defense counsel and Mr. Leal require further time to confer regarding discovery, and to conduct investigation.  The parties require further time to negotiate a resolution as well.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through June 17, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 16, 2014                     HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ M.Petrik
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

DATED: May 16, 2014                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for
                                        CHRISTIAAN HIGHSMITH
                                        Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for June 17, 2014, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including June 17, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED:  May 20, 2014

_Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT