TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
JORGE LEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>Jorge Leal<br><br>   Defendant. | No. 2:14-CR-00061 TLN<br><br>**STIPULATION AND ORDER**<br><br>Date:  October 2, 2025<br>Time:  9:30 am<br>Dept:  Honorable Judge Troy L. Nunley |

The Government, by and through its counsel of record, David Spencer, and defendant Jorge Leal, by and through his counsel of record, Toni White, hereby stipulate as follows:

1.   On August 21, 2025, Mr. Leal admitted Charge 2 of the petition to violated supervised release. ECF No. 34.

2.   By previous order, this matter was set for disposition hearing on October 2, 2025. ECF No. 34.

3.   Defense counsel received the dispositional memorandum via email on September 26, 2025.

4.   Defense counsel needs additional time to review the dispositional memorandum with Mr.

1

Leal given that he is not housed locally.

5. By this stipulation, defendant now moves to continue the dispositional hearing until October 23, 2025.

6. The Government does not object to the continuance.

    IT IS SO STIPULATED.

Dated:  September 29, 2025

    ERIC GRANT
    United States Attorney

    /s/  DAVID SPENCER
    DAVID SPENCER
    Assistant United States Attorney

Dated:  September 29, 2025

    /s/ TONI WHITE
    TONI WHITE
    Counsel for Defendant
    JORGE LEAL

## FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the October 2, 2025 disposition hearing and resets the matter for disposition hearing on **October 23, 2025, at 9:30 a.m.**.

IT IS SO FOUND AND ORDERED this 30th day of September, 2025.

_____
Troy L. Nunley
Chief United States District Judge