TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
JORGE LEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-CR-00061 TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| JORGE LEAL, | |
| Defendant. | Date:   October 23, 2025<br>Time:   9:30 am<br>Dept:   Honorable Judge Troy L. Nunley |

The Government, by and through its counsel of record, David Spencer, and defendant

Jorge Leal, by and through his counsel of record, Toni White, hereby stipulate as follows:

1.    On August 21, 2025, Mr. Leal admitted Charge 2 of the petition to violated supervised

release. ECF No. 34.

2.    By previous order, this matter was set for disposition hearing on October 23, 2025. ECF

No. 34.

3.    Defense counsel received the dispositional memorandum via email on September 26,

2025. Defense counsel will be requesting the Wellspace program as well as the Delancey Street

program as part of Mr. Leal's disposition. According to the probation department, Wellspace is

1

not taking new clients right now due to the CJA funding crisis. Defense counsel also submitted

an application for Mr. Leal to attend the Delancey Street program and Delancey has not yet made

a decision on whether to admit Mr. Leal. Given that resolution regarding these two options are

necessary for the defense disposition memorandum, the defense needs additional time to prepare.

4.      By this stipulation, defendant now moves to continue the dispositional hearing until

December 4, 2025.

5.      The Government does not object to the continuance.

IT IS SO STIPULATED.


Dated:  October 20, 2025                           ERIC GRANT

                                                   United States Attorney


                                                   /s/  DAVID SPENCER
                                                   DAVID SPENCER

                                                   Assistant United States Attorney


Dated:  October 20, 2025                           /s/ TONI WHITE
                                                   TONI WHITE
                                                   Counsel for Defendant
                                                   JORGE LEAL

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the October 23, 2025 disposition hearing and resets the matter for disposition hearing on December 4, 2025, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 20th day of October, 2025.

_____
Troy L. Nunley
Chief United States District Judge

3