TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
JORGE LEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jorge Leal<br><br>　　　　Defendant. | No. 2:14-CR-00061 TLN<br><br>**STIPULATION AND ORDER**<br><br>Date:　December 4, 2025<br>Time:　9:30 am<br>Dept:　Honorable Judge Troy L. Nunley |

The Government, by and through its counsel of record, David Spencer, and defendant Jorge Leal, by and through his counsel of record, Toni White, hereby stipulate as follows:

1.　On August 21, 2025, Mr. Leal admitted Charge 2 of the petition to violated supervised release. ECF No. 34.

2.　By previous order, this matter was set for disposition hearing on December 4, 2025.

3.　Defense counsel received the dispositional memorandum via email on September 26, 2025. Defense counsel will be requesting the Wellspace program as well as the Delancey Street program as part of Mr. Leal's disposition. According to the probation department, Wellspace was not taking new clients due to the CJA funding crisis. Defense counsel is currently working with

1

probation to see if Wellspace is now an option given the restoration of funding. Defense counsel also submitted an application for Mr. Leal to attend the Delancey Street program and Delancey has not yet made a decision on whether to admit Mr. Leal. Given that resolution regarding these two options are necessary for the defense disposition memorandum, the defense needs additional time to prepare.

4.     By this stipulation, defendant now moves to continue the dispositional hearing until January 22, 2026.

5.     The Government does not object to the continuance.

IT IS SO STIPULATED.

Dated: December 1, 2025

ERIC GRANT
United States Attorney

/s/ DAVID SPENCER
DAVID SPENCER
Assistant United States Attorney

Dated: December 1, 2025

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
JORGE LEAL

2

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the December 4, 2025 disposition hearing and resets the matter for disposition hearing on January 22, 2026, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 2nd day of December, 2025.

_____
Troy L. Nunley
Chief United States District Judge