TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
JORGE LEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:14-CR-00061 TLN |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) |
| | ) |
| JORGE LEAL, | ) |
| | ) Date:  January 22, 2026 |
| Defendant. | ) Time:  9:30 am |
| | ) Dept:  Honorable Judge Troy L. Nunley |
| | ) |
| | ) |

The Government, by and through its counsel of record, David Spencer, and defendant Jorge Leal, by and through his counsel of record, Toni White, hereby stipulate as follows:

1.     By previous order, this matter was set for disposition hearing on a supervised release violation on January 22, 2026.

2.     Defense counsel has been pursuing inpatient and outpatient program options as part of Mr. Leal's proposed disposition. Defense counsel is awaiting information from Project Rebound, a rehabilitative option, to present to the Court as part of disposition and believes that this information is necessary to fully represent Mr. Leal. As such, defense counsel needs additional time to prepare.

1

3.      By this stipulation, defendant now moves to continue the dispositional hearing until February 5, 2026.

4.      The Government does not object to the continuance.

IT IS SO STIPULATED.


Dated: January 20, 2026                              ERIC GRANT

                                                     United States Attorney


                                                     /s/  DAVID SPENCER
                                                     DAVID SPENCER

                                                     Assistant United States Attorney


Dated:  January 20, 2026                             /s/ TONI WHITE
                                                     TONI WHITE
                                                     Counsel for Defendant
                                                     JORGE LEAL

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the January 22, 2026 disposition hearing and resets the matter for disposition hearing on February 5, 2026, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 20th day of January, 2026.

_____
Troy L. Nunley
Chief United States District Judge

3